# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 13 AM 10:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

DAVID EMERY; an individual; and
LESLIE SANGUINETTI EMERY, an
individual, Plaintiffs

vs

RONALD KEITH, an individual; and
VINEYARD BAY HOLDINGS, LLC,
a Delaware Limited Liability Co.,
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. **07 CV 2329 JLS LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David Weil,
Weil & Associates
249 E. Ocean Boulevard, #801
Long Beach, CA 90802 (562) 432-8618

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

DEC 13 2007
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)