David Weil, Esq. (State Bar No. 180420)
WEIL & ASSOCIATES
249 East Ocean Blvd., Suite 801
Long Beach, CA 90802
Telephone:    (562) 432-8618
Facsimile:    (562) 432-8638
Email: dweil@weilmaritime.com
Attorneys for Plaintiffs DAVID EMERY, an individual and
LESLIE SANGUINETTI EMERY, an individual

Karin P. Beam, Esq.  (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:    (707) 524-1906
Email: beam@smlaw.com
Attorneys for Defendants Ronald Keith, an individual and
Vineyard Bay Holdings LLC, a Delaware limited liability company

# U. S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EMERY, an individual; and LESLIE SANGUINETTI EMERY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD KEITH, an individual; and VINEYARD BAY HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.:  '07 CV 2329 JLS LSP<br><br>STIPULATION RE: COMPLAINT RESPONSE AND [PROPOSED] ORDER |

The parties hereto, by and through their counsel, David Weil of Weil & Associates for plaintiffs DAVID EMERY, an individual; and LESLIE SANGUINETTI EMERY, an individual, Karin P. Beam of Spaulding McCullough & Tansil LLP for defendants RONALD KEITH, an individual; and VINEYARD BAY HOLDINGS LLC, a Delaware Limited Liability Company do hereby stipulate, as follows:

1  The defendants will have up to and including January 23, 2008 to respond to the Complaint, so that during that intervening time resolution can be attempted. All pending Court dates will be maintained.

DATED: December 21, 2007

WEIL & ASSOCIATES
Attorneys for Plaintiffs
DAVID EMERY, an individual; and LESLIE SANGUINETTI EMERY, an individual

By:  s/ David Weil
     David Weil

DATED: December 21, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendants
RONALD KEITH, an individual; and VINEYARD BAY HOLDINGS LLC, a Delaware Limited Liability Company

By:  s/ Karin P. Beam
     Karin P. Beam

2

STIPULATION RE COMPLAINT RESPONSE                                       Case No. '07 CV 2329 JLS LSP
*David Emery, et al v. Ronald Keith, et al.*

1 | ORDER

2 | IT IS SO ORDERED.

3

4 | DATED: _____

5 | Judge of the United States District Court