David Weil, Esq. (State Bar No. 180420)
WEIL & ASSOCIATES
249 East Ocean Blvd., Suite 801
Long Beach, CA 90802
Telephone:    (562) 432-8618
Facsimile:      (562) 432-8638
Email: dweil@weilmaritime.com
Attorneys for Plaintiffs DAVID EMERY, an individual and
LESLIE SANGUINETTI EMERY, an individual

Karin P. Beam, Esq.  (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:      (707) 524-1906
Email: beam@smlaw.com
Attorneys for Defendants Ronald Keith, an individual and
Vineyard Bay Holdings LLC, a Delaware limited liability company

# U. S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EMERY, an individual; and LESLIE SANGUINETTI EMERY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD KEITH, an individual; and VINEYARD BAY HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.:  07 CV 2329 JLS (LSP)<br><br>ORDER GRANTING EXTENSION FOR COMPLAINT RESPONSE |

IT IS SO ORDERED.

The defendants will have up to and including January 23, 2008 to respond to the Complaint, so that during that intervening time resolution can be attempted.  All pending Court dates will be maintained.

DATED: January 7, 2008

_____
Judge of the United States District Court

1