WEIL & ASSOCIATES
David Weil, Esq., State Bar No. 180420
249 East Ocean Blvd., Suite 801
Long Beach, CA 90802
Telephone: (562) 432-8618 / Fax: (562) 432-8638

Attorneys for Plaintiffs
DAVID EMERY and
LESLIE SANGUINETTI EMERY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EMERY, an individual; and LESLIE SANGUINETTI EMERY, an individual, | CASE NO: **07 CV 2329 JLS LSP** |
| Plaintiffs, | **IN ADMIRALTY** |
| vs. | NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) F.R. Civ.P. |
| RONALD KEITH, an individual; and VINEYARD BAY HOLDINGS LLC, a business entity, form unknown, | |
| Defendants. | |

PLEASE TAKE NOTICE:

This action is dismissed by the Plaintiffs in its entirety, as to all parties and call causes of action without prejudice.

Dated: January 31, 2008

WEIL & ASSOCIATES

David Weil, Esq.
Attorney for Plaintiffs
DAVID EMERY and
LESLIE SANGUINETTI EMERY

1